THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**LISA MURPHY**  **PLAINTIFF**
**ADC #760343**

v.  Case No. 1:19-cv-00066-KGB-JTK

**P. MALLOTT,** *et al.*  **DEFENDANTS**

## ORDER

Before the Court are Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 3). Judge Kearney recommends that plaintiff Lisa Murphy's complaint be dismissed without prejudice for failure to prosecute (*Id.*, at 3). Ms. Murphy has not filed objections, and the time to file objections has passed. After careful consideration, the Court finds no reason to alter or reject Judge Kearney's conclusion. Therefore, the Court adopts the Proposed Findings and Recommendations in their entirety as this Court's findings of fact and conclusions of law (Dkt. No. 3). The Court dismisses without prejudice Ms. Murphy's complaint and denies the relief requested therein (Dkt. No. 1).

It is so ordered this 29th day of October, 2020.

_____
Kristine G. Baker
United States District Judge