THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**LISA MURPHY**  **PLAINTIFF**
**ADC #760343**

v.  Case No. 1:19-cv-00066-KGB-JTK

**P. MALLOTT,** *et al.*  **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, the Court dismisses petitioner Lisa Murphy's complaint without prejudice and denies the requested relief.

It is so adjudged this 29th day of October, 2020.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge